IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL STRINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:15cv669-MHT |
| | ) | (WO) |
| W. TODD CRUTCHFIELD, | ) | |
| Attorney at Law, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit asserting that his former court-appointed appellate attorney represented him poorly and seeking exoneration and damages. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed with prejudice due to the passage of the statute of limitations on the claim. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of June, 2016.

                                                 /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE