IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
MICHAEL STRINGER,              )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )        3:15cv669-MHT
                               )             (WO)
W. TODD CRUTCHFIELD,           )
Attorney at Law,               )
                               )
    Defendant.                 )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 7) is adopted.

(2) This lawsuit is dismissed with prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of June, 2016.

                              /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE